Wade HOWELL (doing business as Howell Construction), Plaintiff–Cross Appellant,

v.

UNITED STATES, Defendant–Appellant.

No. 02–5089, 02–5106.

United States Court of Appeals, Federal Circuit.

DECIDED: July 1, 2002.

### ORDER

Upon consideration of the joint stipulation for dismissal and all other relevant papers, it is

ORDERED that the appeal and cross-appeal are dismissed, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

AL–SITE CORP. and MAGNIVISION, INC., Plaintiffs–Appellants,

v.

VSI INTERNATIONAL INC., Defendant–Appellee,

and

Pennsylvania Optical Company and David Ray Moore, Defendants–Appellees.

No. 02–1413.

United States Court of Appeals, Federal Circuit.

DECIDED: July 1, 2002.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.